UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas G. Mitchell, Esq.
1812 Front Street
Scotch Plains, New Jersey 07076
Tel 908.469.0347 Fax. 908.462.96033
E-mail: douglas@lawyermitchell.com

Order Filed on October 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charise Breeden-Balaam

Case Number: 18-27662

Hearing Date: _____

Judge: Papalia

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to _____10/4/2018_____.

☐ Denied.

*Rev. 7/1/04; jml*