**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas G. Mitchell, Esq.
1812 Front Street
Scotch Plains, New Jersey 07076
Tel 908.469.0347 Fax. 908.462.96033
E-mail: douglas@lawyermitchell.com

Order Filed on October 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charise Breeden-Balaam

| | |
|---|---|
| Case Number: | 18-27662 |
| Hearing Date: | |
| Judge: | Papalia |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑  Granted.  The deadline to file schedules is extended to _____10/4/2018_____.

☐  Denied.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Charise Breeden-Balaam  
    Debtor

Case No. 18-27662-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 01, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.  
db          +Charise Breeden-Balaam,   33 Harding Terrace,    Newark, NJ 07112-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:

        Douglas G. Mitchell   on behalf of Debtor Charise  Breeden-Balaam douglas@lawyermitchell.com,  
         g18162@notify.cincompass.com  
        Kevin Gordon McDonald   on behalf of Creditor   Union County Savings Bank  
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald   on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP kmcdonald@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 5