UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:  _____

Adv. No.:  _____

Chapter:                    13

Hearing Date:  _____

Judge:  _____

## ADJOURNMENT REQUEST & WITHDRAWAL OF APPLICATION TO SHORTEN TIME

1.    I, _____,

☐    am the attorney for: _____

☐    am self-represented

Phone number: _____

Email address: _____

2.    I request an adjournment of the following hearing:

Matter: _____

Current hearing date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

3.    I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.    Consent to adjournment:

☐ I have the consent of all parties.      ☐ I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _____          _____

Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☐  Granted                    New hearing date: _____          ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*

2