Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27662−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charise Breeden−Balaam
   aka Charise Breeden, aka Charise Balaam
   33 Harding Terrace
   Newark, NJ 07112

Social Security No.:
   xxx−xx−6789

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/18 at 11:00 AM

to consider and act upon the following:

14 − Motion To Reinstate Stay as to Creditor, all creditors Filed by Douglas G. Mitchell on behalf of Charise Breeden−Balaam. Hearing scheduled for 10/4/2018 at 11:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Mitchell, Douglas)

Dated: 10/4/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court