Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−27662−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charise Breeden−Balaam
   aka Charise Breeden, aka Charise Balaam
   33 Harding Terrace
   Newark, NJ 07112

Social Security No.:
   xxx−xx−6789

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/18 at 11:00 AM

to consider and act upon the following:

*14* − Motion To Reinstate Stay as to Creditor, all creditors Filed by Douglas G. Mitchell on behalf of Charise Breeden−Balaam. Hearing scheduled for 10/4/2018 at 11:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Mitchell, Douglas)

Dated: 10/4/18

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-27662-VFP
Charise Breeden-Balaam                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 1           Date Rcvd: Oct 04, 2018
                       Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db              +Charise Breeden-Balaam,    33 Harding Terrace,    Newark, NJ 07112-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
    Douglas G. Mitchell    on behalf of Debtor Charise  Breeden-Balaam douglas@lawyermitchell.com, g18162@notify.cincompass.com
    Kevin Gordon McDonald    on behalf of Creditor    Union County Savings Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 5