UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Douglas G. Mitchell, Esq.
1812 Front Street
Scotch Plains, NJ 07076
Tel. 908.469.0347
Fax. 908.462.9033
Attorney for Debtor(s)

Order Filed on November 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charise Breeden-Balaam

| | |
|---|---|
| Case Number: | 18-27662 |
| Hearing Date: | ~~10-4-2018~~ 11/1/2018 |
| Judge: | Papalia |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 5, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been presented to the Court by __Douglas G. Mitchell__ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to __all creditors__ is reinstated effective the date of this order.  Any actions taken by any creditor while the stay was not in effect up until service of this Order shall not constitute a violation of the automatic stay.

Debtor's counsel shall serve a copy of this Order on all creditors and other parties-in-interest within three (3) business days of its entry.

*rev.7/12/16*