DOUGLAS G. MITCHELL  
MITCHELL LAW OFFICES  
1812 FRONT STREET  
SCOTCH PLAINS, NJ  07076

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-27662

| | | |
|---|---|---|
| Re: | CHARISE BREEDEN-BALAAM<br>33 HARDING TERRACE<br>NEWARK, NJ  07112 | Atty: DOUGLAS G. MITCHELL<br>MITCHELL LAW OFFICES<br>1812 FRONT STREET<br>SCOTCH PLAINS, NJ  07076 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,340.00**

### RECEIPTS AS OF 12/31/2018  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/17/2018 | $315.00 | 5319555000 | 12/03/2018 | $315.00 | 5431516000 |

**Total Receipts: $630.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $630.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018  (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 35.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,500.00 | 100.00% | 594.10 | 2,905.90 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CONCENTRA URGENT CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CONVERGENT OUTSOURCING, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | METAMORPHOSIS PLASTIC SURGERY | UNSECURED | 21,256.23 | * | 0.00 | |
| 0007 | REGIONAL ACCEPTANCE CORPORATION | UNSECURED | 9,520.25 | * | 0.00 | |
| 0008 | SENEX SERVICES CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 6,000.00 | 100.00% | 0.00 | |
| 0013 | CAVALRY SPV I LLC | UNSECURED | 482.61 | * | 0.00 | |
| 0014 | UNION COUNTY SAVINGS BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0015 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 496.97 | * | 0.00 | |
| 0016 | WESTLAKE FINANCIAL SERVICES | UNSECURED | 6,195.50 | * | 0.00 | |

**Total Paid:  $630.00**  
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $630.00  -  Paid to Claims: $0.00  -  Admin Costs Paid: $630.00  =  Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.