UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

CHARISE BREEDEN-BALAAM

Case No.: 18-27662

Adv. No.:

Hearing Date:

Judge: **VFP**

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 02/05/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CHARISE BREEDEN-BALAAM
33 HARDING TERRACE
NEWARK, NJ  07112
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DOUGLAS G. MITCHELL
MITCHELL LAW OFFICES
1812 FRONT STREET
SCOTCH PLAINS, NJ  07076
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  February 05, 2019

By:  /S/ Jackie Michaels
Jackie Michaels