Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−27662−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Charise Breeden−Balaam
    aka Charise Breeden, aka Charise Balaam
    33 Harding Terrace
    Newark, NJ 07112

Social Security No.:
    xxx−xx−6789

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2019
JAN: jf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Charise Breeden-Balaam
     Debtor

Case No. 18-27662-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Feb 22, 2019
                       Form ID: 148      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
```
db              +Charise Breeden-Balaam,    33 Harding Terrace,    Newark, NJ 07112-2005
517737565       +Concentra Urgent Care,    375 McCarter Highway,    Newark, NJ 07114-2562
517867913        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
517737567       +Fein Such Khan & Shepard PC,    7 Century Dr,    Ste 201,    Parsippany, NJ 07054-4673
517737568       +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517737569       +Metamorphisis Plastic Surgery,    c/o Fein, Such, Khan, Shepard PC,    7 Century Drive,
                  Suite 201,    Parsippany, NJ 07054-4609
517737572       +Union County Savings Bank,    320 North Broad Street,    Elizabeth, NJ 07208-3703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:55    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517737564       +EDI: BANKAMER.COM Feb 23 2019 04:38:00    Bank Of America,    Correspondence FL-1-908-01-49,
                  Po Box 31785,    Tampa, FL 33631-3785
517742983       +E-mail/Text: bankruptcy@cavps.com Feb 23 2019 00:14:25    Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517737566       +EDI: CONVERGENT.COM Feb 23 2019 04:33:00    Convergent Outsourcing, Inc.,    800 SW 39th St.,
                  PO Box 9004,    Renton, WA 98057-9004
517737570       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 23 2019 00:20:01    Regional Acceptance Corp,
                  304 Kellam Road,    Virginia Beach, VA 23462-2712
517752170        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 23 2019 00:20:01    Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
517737571       +E-mail/Text: bankruptcy@senexco.com Feb 23 2019 00:12:31    Senex Services Corp,
                  3333 Founders Rd,    Ste 201,    Indianapolis, IN 46268
517857138        EDI: BANKAMER.COM Feb 23 2019 04:38:00    Union County Savings Bank,
                  c/o Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517737573       +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 23 2019 00:13:57    Westlake Financial,
                  PO Box 76809,    Los Angeles, CA 90076-0809
517864578       +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 23 2019 00:13:57
                  Westlake Financial Services,    4751 Wilshire Blvd, Suite 100,    Los Angeles, CA 90010-3847
                                                                                        TOTAL: 11
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Union County Savings Bank dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Charise  Breeden-Balaam  douglas@lawyermitchell.com,
                g18162@notify.cincompass.com
              Kevin Gordon McDonald    on behalf of Creditor    Union County Savings Bank
                kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
                HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP kmcdonald@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Feb 22, 2019
                             Form ID: 148                Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                      TOTAL: 6