UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charise Breeden-Balaam

Debtor,

Case No.: 18-27662

Chapter: 13

Judge: Vincent F. Papalia

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order.* No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1.  until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2.  until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3.  until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____N/A_____ at _____.

❏ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*subject to the Debtor making or having made all the payments set forth in the papers submitted in support of this Motion;

2

United States Bankruptcy Court
District of New Jersey

In re:  
Charise Breeden-Balaam  
    Debtor

Case No. 18-27662-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 10, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.  
db        +Charise Breeden-Balaam,   33 Harding Terrace,    Newark, NJ 07112-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2019 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    Union County Savings Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Douglas G. Mitchell    on behalf of Debtor Charise  Breeden-Balaam douglas@lawyermitchell.com, g18162@notify.cincompass.com  
          Kevin Gordon McDonald    on behalf of Creditor    Union County Savings Bank kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                           TOTAL: 6