

Order Filed on May 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Charise Breeden-Balaam

                            Debtor,

Case No.:    18-27662

Chapter:    13

Hearing Date:    N/A

Judge:    Vincent F. Papalia

## ORDER VACATING

Order Granting Motion to Extend Loss Mitigation period to 8/3/2019, filed as Document Number 64

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 13, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court on its own motion finds that the:

Order Granting Motion to Extend Loss Mitigation period to 8/3/2019, filed as Document Number 64 was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____May 8, 2019_____, be and the same is hereby vacated.

*revised 2/25/14*