UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Union County Savings Bank

In Re:

Charise Breeden-Balaam,

Debtor.

Case No.:      18-27662-VFP

Chapter:      13

Hearing Date:      6/6/2019

Judge:      Papalia

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Debtor's Motion to Reinstate Stay

_____

Date: 6/6/2019                           /s/ Denise Carlon
                                         Signature

*rev.8/1/15*