UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charisse Breeden-Balaam

Case No.:   18-27662

Chapter:    13

Judge:     PAPALIA

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/25/2018_____ :

Property:     33-35 Harding Terrace, Newark, NJ 07112

Creditor:     Union County Savings Bank/Bank of America

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/2/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2