Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−27662−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charise Breeden−Balaam
   aka Charise Breeden, aka Charise Balaam
   33 Harding Terrace
   Newark, NJ 07112

Social Security No.:
   xxx−xx−6789

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/19 at 10:00 AM

to consider and act upon the following:

*84* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of Union County Savings Bank. Objection deadline is 10/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

*85* − Certification in Opposition to EARLY TERMINATION OF LOSS MITIGATION (related document:84 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of Union County Savings Bank. Objection deadline is 10/24/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Union County Savings Bank) filed by Douglas G. Mitchell on behalf of Charise Breeden−Balaam. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Mitchell, Douglas)

Dated: 10/24/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court