DOUGLAS G. MITCHELL
MITCHELL LAW OFFICES
2040 Millburn Avenue
Suite 305
Maplewood, NJ  07040

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-27662

Re:   CHARISE BREEDEN-BALAAM                    Atty:   DOUGLAS G. MITCHELL
      33 HARDING TERRACE                                MITCHELL LAW OFFICES
      NEWARK,  NJ  07112                                2040 Millburn Avenue
                                                       Suite 305
                                                       Maplewood, NJ  07040

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,340.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/17/2018 | $315.00 | 5319555000 | 12/03/2018 | $315.00 | 5431516000 |
| 02/12/2019 | $945.00 | 878350 | 05/13/2019 | $320.00 | 1827662-25743365436 |
| 05/13/2019 | $315.00 | 1827662-25831760681 | 05/13/2019 | $630.00 | 1827662-878468 |
| 06/11/2019 | $315.00 | 208007966177 | 07/16/2019 | $315.00 | 25831773437 |
| 08/29/2019 | $315.00 | 26138753458 | 10/01/2019 | $315.00 | 26138759771 |
| 11/12/2019 | $315.00 | 26263183691 | 11/26/2019 | $315.00 | 26139292830 |
| 12/30/2019 | $315.00 | 25887189677 | | | |

**Total Receipts: $5,045.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,045.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UNION COUNTY SAVINGS BANK | | | | | | |
| | 09/16/2019 | $13.68 | 832,947 | 10/21/2019 | $38.23 | 834,915 |
| | 12/16/2019 | $76.47 | 838,948 | | | |
| WESTLAKE FINANCIAL SERVICES | | | | | | |
| | 09/16/2019 | $93.16 | 834,409 | 10/21/2019 | $260.39 | 836,518 |
| | 12/16/2019 | $520.77 | 840,372 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 243.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,500.00 | 100.00% | 3,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CONCENTRA URGENT CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CONVERGENT OUTSOURCING, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | METAMORPHOSIS PLASTIC SURGERY | UNSECURED | 21,256.23 | * | 0.00 | |
| 0007 | REGIONAL ACCEPTANCE CORPORATION | UNSECURED | 9,520.25 | * | 0.00 | |
| 0008 | SENEX SERVICES CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 6,000.00 | 100.00% | 874.32 | |

Chapter 13 Case # 18-27662

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0013 | CAVALRY SPV I LLC | UNSECURED | 482.61 | * | 0.00 | |
| 0014 | UNION COUNTY SAVINGS BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0015 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 496.97 | * | 0.00 | |
| 0016 | WESTLAKE FINANCIAL SERVICES | UNSECURED | 6,195.50 | * | 0.00 | |
| 0017 | UNION COUNTY SAVINGS BANK | (NEW) MTG Agree | 881.00 | 100.00% | 128.38 | |

**Total Paid: $4,746.38**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $5,045.00    -    Paid to Claims: $1,002.70    -    Admin Costs Paid: $3,743.68    =    Funds on Hand: $298.62

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.