Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.:  18−27662−VFP
                                          Chapter:  13
                                          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charise Breeden−Balaam
   aka Charise Breeden, aka Charise Balaam
   33 Harding Terrace
   Newark, NJ 07112

Social Security No.:
   xxx−xx−6789

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/18/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 18, 2020
JAN: mcp

                                                                                      Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-27662-VFP
Charise Breeden-Balaam                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 18, 2020
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
```
db              +Charise Breeden-Balaam,    33 Harding Terrace,    Newark, NJ 07112-2005
517737565       +Concentra Urgent Care,    375 McCarter Highway,    Newark, NJ 07114-2562
517737567       +Fein Such Khan & Shepard PC,    7 Century Dr,   Ste 201,    Parsippany, NJ 07054-4673
517737568       +KML Law Group, PC,    216 Haddon Avenue,   Suite 406,    Westmont, NJ 08108-2812
517737569       +Metamorphisis Plastic Surgery,    c/o Fein, Such, Khan, Shepard PC,    7 Century Drive,
                  Suite 201,   Parsippany, NJ 07054-4609
517737572       +Union County Savings Bank,    320 North Broad Street,    Elizabeth, NJ 07208-3703
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:20     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517737564       +EDI: BANKAMER.COM Feb 19 2020 06:38:00      Bank Of America,   Correspondence FL-1-908-01-49,
                  Po Box 31785,   Tampa, FL 33631-3785
517742983       +E-mail/Text: bankruptcy@cavps.com Feb 19 2020 02:33:46     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517737566       +EDI: CONVERGENT.COM Feb 19 2020 06:38:00      Convergent Outsourcing, Inc.,   800 SW 39th St.,
                  PO Box 9004,    Renton, WA 98057-9004
517867913        EDI: Q3G.COM Feb 19 2020 06:38:00      Department Stores National Bank,   c/o Quantum3 Group LLC,
                  PO Box 657,    Kirkland, WA 98083-0657
517737570       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 19 2020 02:38:20     Regional Acceptance Corp,
                  304 Kellam Road,    Virginia Beach, VA 23462-2712
517752170        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 19 2020 02:38:20     Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
517737571       +E-mail/Text: bankruptcy@senexco.com Feb 19 2020 02:29:19     Senex Services Corp,
                  3333 Founders Rd,    Ste 201,   Indianapolis, IN 46268-4932
517857138        EDI: BANKAMER.COM Feb 19 2020 06:38:00      Union County Savings Bank,
                  c/o Bank of America, N.A.,    PO Box 31785,   Tampa, FL 33631-3785
517737573       +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 19 2020 02:33:21     Westlake Financial,
                  PO Box 76809,   Los Angeles, CA 90076-0809
517864578       +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 19 2020 02:33:21
                  Westlake Financial Services,    4751 Wilshire Blvd, Suite 100,   Los Angeles, CA 90010-3847
                                                                                              TOTAL: 12
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Union County Savings Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Charise  Breeden-Balaam douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Kevin Gordon McDonald    on behalf of Creditor   Union County Savings Bank
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 18, 2020
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6