UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Douglas G. Mitchell, Esq.
1980 Springfield Ave. Ste. 5
Maplewood, New Jersey 07040
Tel. 973.761.3000
Fax. 973.761.3655
douglas@lawyermitchell.com
Attorney for Debtor(s)

Order Filed on February 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
  Charise Breeden-Balaam

Debtor.

Case No.:     18-27662

Chapter:     13

Judge:     Vincent F. Papalia

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 20, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of _____Douglas G. Mitchell, Esq._____ for the reduction of time for a hearing on  Motion to Vacate Dismissal _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____March 5, 2020_____ at  10:00 AM  in the United States Bankruptcy Court, _____50 Walnut Street, Newark, NJ 07102_____, Courtroom No.   3B  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  All secured creditors and their counsel, if known; _____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:  All other creditors and their counsel , if known; the Chapter 13 Standing Trustee and any other party that filed a Notice of Appearance in the case _____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within   1   day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____3____ day(s) prior to the scheduled hearing; or

        ☐ may be presented orally at the hearing.

    8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

        ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Charise Breeden-Balaam  
    Debtor

Case No. 18-27662-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 20, 2020  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db            +Charise Breeden-Balaam,    33 Harding Terrace,     Newark, NJ 07112-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Union County Savings Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Douglas G. Mitchell    on behalf of Debtor Charise   Breeden-Balaam douglas@lawyermitchell.com, g18162@notify.cincompass.com  
         Kevin Gordon McDonald    on behalf of Creditor    Union County Savings Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                 TOTAL: 6