**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CHARISE BREEDEN-BALAAM

**Case No.:  18-27662**

**Adv. No.:**

**Hearing Date:**

**Judge:  VFP**

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/02/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CHARISE BREEDEN-BALAAM
33 HARDING TERRACE
NEWARK, NJ  07112
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DOUGLAS G. MITCHELL
MITCHELL LAW OFFICES
2040 Millburn Avenue
Suite 305
Maplewood, NJ  07040
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  November 02, 2020

By:   /S/  Jackie Michaels
Jackie Michaels