UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Order Filed on March 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:  _____

Chapter:  _____

Judge:  _____

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 15, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property: _____

Creditor: _____

and a Request for

- ❏ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2