| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    CHARISE BREEDEN-BALAAM |

Order Filed on April 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-27662

Judge:  VINCENT F. PAPALIA

# ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 19, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): CHARISE BREEDEN-BALAAM

Case No.: 18-27662VFP

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of METAMORPHOSIS PLASTIC SURGERY, Court Claim Number 3, be reduced to amount paid to date through the plan by the Standing Trustee.

2