| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 18-27662 |
| IN RE:<br>    CHARISE BREEDEN-BALAAM | Hearing Date: 11/18/2021 |
| | Judge: VINCENT F. PAPALIA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: November 22, 2021

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Debtor(s): CHARISE BREEDEN-BALAAM

Case No.: 18-27662VFP

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/18/2021 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/18/2021 of the plan filed on 10/15/2021, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 12/02/2021 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.